IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERA CONSTRUCTION, LLC et al** | : | |
| *Plaintiff(s)* | : | |
| | : | |
| v. | : | CIVIL NO. 23-5135 |
| | : | |
| **SIKA AG et al** | : | |
| | : | |
| **Defendant(s)** | : | |

**O R D E R**

**AND NOW,** this **16th** day of **JANUARY 2024,** upon consideration of the Motion for the Admission *pro hac vice* of **Mark H. Hamer,** Esquire to appear on behalf of **defendant** in the above action (Doc. No. 11), it is **ORDERED** that the Motion (Doc. No. 11) is **GRANTED**. **Mark H. Hamer** is admitted to practice before this Court *pro hac vice* as counsel on behalf of **SIKA CORPORATION** in this matter only.

BY THE COURT:

*S/KAI N. SCOTT*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**